No. 94–1426. TRIPLETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–1427. DEAN, SHERIFF, CITRUS COUNTY, FLORIDA v. REDNER ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1428. MCKENZIE v. GENERAL TELEPHONE COMPANY OF CALIFORNIA, DBA GTEL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1429. SWAIN v. STEVENS. Sup. Ct. Miss. Certiorari denied.

No. 94–1430. WHEEL v. ROBINSON, SUPERINTENDENT, CHITTENDEN COUNTY CORRECTIONAL CENTER. C. A. 2d Cir. Certiorari denied.

No. 94–1433. LEE ET AL. v. COAHOMA COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1435. JOHNSON v. HILLS & DALES GENERAL HOSPITAL ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1436. WILSON ET UX. v. ALEXANDER'S POWER SHIPPING CO., LTD. C. A. 11th Cir. Certiorari denied.

No. 94–1440. CALIFORNIA v. BLAIR. C. A. 9th Cir. Certiorari denied.

No. 94–1441. MORETTI v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1454. PLANT v. VOUGHT AIRCRAFT CO. C. A. 5th Cir. Certiorari denied.

No. 94–1458. ADAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–1464. BORST ET AL. v. CHEVRON CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1469. RANDOLPH v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.